

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 12, 2015

The Honorable Dana DeBeauvoir
Civil County Clerk
Travis County Courthouse
P. O. Box 149325
Austin, TX 78714
* DELIVERED VIA E-MAIL *

FILED FOR RECORD
2015 MAR 12 AM 10: 54
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY TEXAS

RE:     Court of Appeals Number:     03-04-00710-CR
        Trial Court Case Number:     613305

Style:  David Alan Price
        v. The State of Texas

Dear Honorable Dana DeBeauvoir:

        The Third Court of Appeals has issued the mandate in this cause. Therefore, I am returning the following original exhibits:

        State's exhibit 3 (video tape).

                                    Very truly yours,

                                    Jeffrey D. Kyle, Clerk